AMERICAN FLOOR CONSULTANTS AND INSTALLATIONS, INC., and Clayton W. King, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 2006–5084.

United States Court of Appeals, Federal Circuit.

Jan. 12, 2007.

Before SCHALL, FRIEDMAN, and LINN, Circuit Judges.

*Judgment*

PER CURIAM

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. See Fed. Cir. R. 36.

Richard W. BERGER and Brant W. Berger, Plaintiffs–Appellants,

v.

ROSSIGNOL SKI COMPANY, INC., Defendant–Appellee.

No. 2006–1431.

United States Court of Appeals, Federal Circuit.

Jan. 12, 2007.

Before MICHEL, Chief Judge, GAJARSA, and DYK, Circuit Judges.

**Judgment**

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.